1 | **Terence J. Cassidy, SB#99180**
**Keith E. Nourot, SB#221122**
2 | **PORTER, SCOTT, WEIBERG & DELEHANT**
350 University Avenue, Suite 200
3 | Sacramento, California 95825
(916) 929-1481
4 | (916) 927-3706 Facsimile
Tcassidy@pswdlaw.com
5 |
ATTORNEYS FOR Defendants CLARE KEITHLEY, KAREN YOUNG, BUTTE COUNTY
6 | PROBATION DEPARTMENT and BUTTE COUNTY DISTRICT ATTORNEY

7 | Gregory Steven Withrow
2691 Pinecrest Road
8 | Oroville, CA 95966
(530) 538-8272
9 |
Plaintiff, In Pro Per
10 |

11 | **IN THE UNITED STATES DISTRICT COURT**

12 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

13 |

14 | GREGORY STEVEN WITHROW,        Case No:  CIV S-04-0175 FCD CMK-PS

15 |         Plaintiffs,                **STIPULATION AND ORDER FOR**
                                        **DISMISSAL WITH PREJUDICE**
16 | vs.

17 | CLARE KEITHLEY, KAREN YOUNG
and BUTTE COUNTY PROBATION et
18 | al,

19 |         Defendants.
20 | _____/

21 |         IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff GREGORY

22 | STEVEN WITHROW and Defendants CLARE KEITHLEY, KAREN YOUNG, BUTTE

23 | COUNTY PROBATION DEPARTMENT and BUTTE COUNTY DISTRICT ATTORNEY,

24 | by and through their undersigned counsel, that the claims by Plaintiffs alleged against these

25 | Defendants be dismissed with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of

26 | Civil Procedure, each party to bear their own fees and costs.

27 | ///

28 | ///

1

00270672.WPD            **Stipulation and Order for Dismissal w/Prejudice**

1 | DATED: August ___, 2005           Respectfully Submitted,

2 |                                    GREGORY STEVEN WITHROW

3

4 |                                    _____
                                        Plaintiff, In Pro Per

5

6 | DATED: August ___, 2005           PORTER, SCOTT, WEIBERG & DELEHANT
                                       A Professional Corporation

7

8 |                                    _____
                                        Terence J. Cassidy
                                        Keith E. Nourot
9                                       Attorneys for Defendants

10                                      ****

11                                      **ORDER**

12 |        IT IS SO ORDERED.

13

14

15 | DATED: August 19, 2005            /s/ Frank C. Damrell Jr.
                                       Honorable Frank C. Damrell Jr., Judge of the
                                       United States District Court for the Eastern
16                                     District of California

2

00270672.WPD            Stipulation to Dismissal w/Prejudice

Case Name: **<u>Withrow v. Kiethley, et al.</u>**
Case No.: **USDC EDCA CIV S-04-0175 FCD CMK-PS**

### DECLARATION OF SERVICE

I am a citizen of the United States and employed in Sacramento County, California; I am over the age of 18 years and not a party to the within action; my business address is 350 University Avenue, Suite 200, Sacramento, California 95825.

On the date below I served the attached: **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

<u>XX</u>   **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

___   **BY PERSONAL SERVICE:** I caused such document to be delivered by hand to the office of the person(s) listed above.

___   **BY OVERNIGHT DELIVERY:** I caused such document to be delivered by overnight delivery to the office of the person(s) listed above.

addressed as follows:

Gregory Steven Withrow
2691 Pinecrest Road
Oroville, CA 95966

Bruce S. Alpert
County Counsel
County of Butte
25 County Center Drive
Oroville, CA 95965-3380

I declare under penalty of perjury that the foregoing is true and correct and was executed on August 19, 2005, in Sacramento, California.

Cynthia Romero

LAW OFFICES OF
**PORTER, SCOTT,
WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com